In the Matter of EMANUEL DE RUBBA, Petitioner, v. ALBERT M. ANNUNZIATA, as Commissioner of the Department of Public Works of the City of Mount Vernon, et al., Respondents.

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.